UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| JUNE LENK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.  4:18-cv-01296-DDN |
| | ) |
| ST. LOUIS PUBLIC SCHOOLS, | ) |
| | ) |
| Defendant. | ) |

**Joint Stipulation for Dismissal with Prejudice**

Plaintiff June Lenk ("Plaintiff"), and Defendant St. Louis Public Schools ("Defendant"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate and agree that this action and all of Plaintiff's claims against Defendant shall be, and hereby are, dismissed *with prejudice*.  Each party shall bear his/its own costs and attorneys' fees.

Respectfully submitted by:

ERNST LAW FIRM LLC


By:   */s/ Edwin C. Ernst, IV*
Edwin C. Ernst, IV Mo# 57521
Jeffrey W. Ernst Mo# 58658
13321 N. Outer Forty Rd., Suite 600
St. Louis, Missouri 63017
(314) 690-1744 Telephone
(314) 448-4300 Facsimile
eddie@ernstlawfirm.net
jeffrey@ernstlawfirm.net

*Attorneys for Plaintiff June Lenk*

- 2 -

                        MICKERS O'TOOLE, LLC

By:  */s/ Kathryn Forster*
      Katheryn B. Forster, MO # 52923
      Vincent D. Reese, MO # 49573
      12444 Powerscourt Drive, Suite 400
      St. Louis, MO 63131
      Telephone: (314) 878-5600
      Facsimile: (314) 878-5600
      kforster@mickestoole.com
      vreese@mickestoole.com

*Attorney for Defendant*
*St. Louis Public Schools*

**Certificate of Service**

I hereby certify that on December 13, 2019, a true and correct copy of Stipulation for Dismissal Prejudice was filed via electronic filing with the Clerk of Court, to be served by operation of the court's electronic filing system upon all counsel of record:

Katheryn B. Forster, MO # 52923
Vincent D. Reese, MO # 49573
12444 Powerscourt Drive, Suite 400
St. Louis, MO 63131
kforster@mickestoole.com
vreese@mickestoole.com

*Attorneys for Defendant*
*St. Louis Public Schools*

                        /s/ *Edwin C. Ernst, IV*