UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| JUNE LENK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:18-cv-01296-DDN |
| | ) |
| ST. LOUIS PUBLIC SCHOOLS, | ) |
| | ) |
| Defendant. | ) |

*So ordered,*
*DDN 12/16/19*

### Joint Stipulation for Dismissal with Prejudice

Plaintiff June Lenk ("Plaintiff"), and Defendant St. Louis Public Schools ("Defendant"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate and agree that this action and all of Plaintiff's claims against Defendant shall be, and hereby are, dismissed *with prejudice*. Each party shall bear his/its own costs and attorneys' fees.

Respectfully submitted by:

ERNST LAW FIRM LLC

By: /s/ Edwin C. Ernst, IV
Edwin C. Ernst, IV Mo# 57521
Jeffrey W. Ernst Mo# 58658
13321 N. Outer Forty Rd., Suite 600
St. Louis, Missouri 63017
(314) 690-1744 Telephone
(314) 448-4300 Facsimile
eddie@ernstlawfirm.net
jeffrey@ernstlawfirm.net

*Attorneys for Plaintiff June Lenk*